UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LAUREL JEFFREY,**<br><br>            Plaintiff,<br><br>     vs.<br><br>**EMERALD SWIMMING POOLS OF OREGON, dba EMERALD POOL; VANCE NEELY,**<br><br>            Defendants. | Case No. 6:22-cv-1427-MC<br><br>JUDGMENT |

Pursuant to the Offer of Judgment entered for Plaintiff Laurel Jeffrey on all causes of action in Plaintiff's Complaint filed on September 22, 2022, this case is closed, notwithstanding resolution of reasonable attorney's fees and costs, if any.

It is so ORDERED and DATED this _____ day of _____, 2023.

_____
The Honorable Judge McShane
United States District Judge