UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **LAUREL JEFFREY,**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**EMERALD SWIMMING POOLS OF OREGON, dba EMERALD POOL; VANCE NEELY,**<br><br>　　　　　Defendants. | Case No. 6:22-cv-1427-MC<br><br>JUDGMENT |

    Pursuant to the Offer of Judgment entered for Plaintiff Laurel Jeffrey on all causes of action in Plaintiff's Complaint filed on September 22, 2022, this case is closed, notwithstanding resolution of reasonable attorney's fees and costs, if any.

    It is so ORDERED and DATED this __30th__ day of __March__, 2023.

                                        s/Michael J. McShane<br>
                                        The Honorable Judge McShane<br>
                                        United States District Judge